AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Supreme Raheem Ackbar, aka Ronald Gary#275886 | | |
| *Plaintiff* | | |
| v. ) | Civil Action No. | 4:20-cv-813-RMG |
| Christopher Monaco, Scott Lewis, Officer ) | | |
| Thompson, Captain Harouff, K. Conrad, R.L. ) | | |
| Turner, Brian Stirling, C. Early, Susan Duffy, J ) | | |
| Bennett, Adam Bradbury, D. Chandler, Rivera Lopez ) | | |
| and Steven McCarthy | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable

Date:   June 1, 2020                                                         *CLERK OF COURT*

                                                                                            s/Debbie Stokes

                                                                            *Signature of Clerk or Deputy Clerk*